**SEALED** 

MAY 19 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  PHILLIP A. TALBERT
   Acting United States Attorney
2  BRIAN A. FOGERTY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:16-CR-106-KJM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL |
| PAMELA DAWN PIERSON, and MICHELLE LOUISE TRAVIS, | ) | (UNDER SEAL) |
| Defendants. | ) | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Brian A. Fogerty to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants or until further order of the Court.

Dated: May 19, 2016

_____
KENDALL J. NEWMAN
United States Magistrate Judge

Petition to Seal Indictment and
[Proposed] Order

3