| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | BRIAN A. FOGERTY<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

**FILED**

DEC 13 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAMELA DAWN PIERSON, ET AL.,

    Defendants.

CASE NO. 2:16-CR-0106 KJM

[PROPOSED] ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the four-page document pertaining to defendant Pamela Dawn Pierson, and the Government's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for defendant Pamela Dawn Pierson.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Government's request, sealing the four-page document serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the Government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the Government's memorandum that would adequately protect the compelling interests identified

[PROPOSED] ORDER SEALING DOCUMENTS AS SET
FORTH IN GOVERNMENT'S NOTICE

1

1  by the Government.

3  Dated: __12/13/18__   _____
                         HON. KIMBERLY J. MUELLER
                         UNITED STATES DISTRICT JUDGE