IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:16-cr-00106 KJM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| PAMELA DAWN PIERSON, | ) | |
| | ) | |
| Defendant. | ) | |

The Federal Defender has separately noted that counsel is or can be appointed pursuant to General Order 595. The Federal Defender has also determined it has a conflict. CJA Panel attorney Erin Radekin is hereby appointed effective October 10, 2019, the date the Office of the Federal Defender contacted her.

DATED: October 17, 2019.

_____
UNITED STATES DISTRICT JUDGE